January 3, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00507-HG/KSC
**Appeal Number:** 05-16050
**Short Title:** USA v. Yamashita

Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 3 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | | 0 | Certified Copy(ies) | | |
| **Exhibits in:** | 0 | Envelopes | | | 0 | Under Seal | | |
| | 0 | Boxes | | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.



# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: July 11, 2005

To:    United States Court of Appeals    Attn:    ( )    Civil
        For the Ninth Circuit
        Office of the Clerk                              (✓)    Criminal
        95 Seventh Street
        San Francisco, California 94103          ( )    Judge

From:  United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:        CV 04-00507HG-KSC      Appeal No:    05-16050
                CR 00-00246HG (01)

Short Title:    USA vs. Yamashita

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original  ( ) certified copy |
| Sealed Docs: | | volumes (✓) under seal |
| | 4 | Doc #: 24, 25, 26, 27 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 24, 25, 26, 27

Acknowledgment: _____    Date: _____

cc: All Counsel




Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

# MEMORANDUM

**Date:**  June 9, 2005

**To:**  Clerk's Office
U. S. District Court Hawii

**From:**  Clerk's Office
U. S. Court of Appeals
By: Allison Fung, Deputy Clerk

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 1 3 2005
DISTRICT OF HAWAII

**Subject:**  Request for DC file.

Pursuant to the request of the Motion Attorneys Unit of this Court, please transmit the District Court file in the following case. **Please acknowledge receipt of the above request on the enclosed copy of this letter and return with the requested DC file.**

| No. | Title | D.C. No. |
|---|---|---|
| 05-16050 | USA v. Yamashita | CV-04-00507-HG/KSC |

If checked here_____, please also send all state court records. If your court is not in possession of the state court record, please contact Steve Seferian by e-mail or by phone at (415) 556-9905.

**Please send record directly to:**

[ ]     Records Unit
        U.S. Court of Appeals
        95 Seventh Street
        San Francisco, CA 94103

[ ]